

FILED
MAR 26 2020
TIMOTHY M. O'BRIEN CLERK
By _____ Deputy

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Kansas
Division

Thomas R McLean

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Mark A. Morgan in his capacity as the Acting Commissioner of U.S. Customs and Border Protection (CBP) on behalf of the U.S. Customs and Border Protection

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 2:20-CV-2145-JWB-JPO
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Thomas R McLean |
   | Street Address | 4970 Park |
   | City and County | Shawnee, Johnson Country |
   | State and Zip Code | Kansas, 66216 |
   | Telephone Number | 913-526-5526 |
   | E-mail Address | tmcllc1999@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

| | |
|---|---|
| Name | Mark A. Morgan |
| Job or Title *(if known)* | in his capacity as the Acting Commissioner of U.S. CBP |
| Street Address | 1300 Pennsylvania Ave. NW |
| City and County | Washington DC |
| State and Zip Code | 20229 |
| Telephone Number | 202-325-8000 |
| E-mail Address *(if known)* | |

**Defendant No. 2**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 3**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

**Defendant No. 4**

| | |
|---|---|
| Name | |
| Job or Title *(if known)* | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question      ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

In violation of 5 U.S. Code § 706 (2)(A), the US Customs and Border Protection agency evaluated my application for the Global Entry Program in an arbitrary or capricious manner.

This complaint is being filed symultanously with a Motion for Summary Judgment. I request that the Complaint be read side-by-side with the Motion for Summary Judgement.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
      and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 6

      b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

My application for the Global Entry Program (the Program) was deny without a timely disclosure of a clear reason for the denial. (The CBP required that I file multiple FOIA requests before disclosing a reason for the denial of my application.) The sole reason the CBP deny me participation in the Program was that I had failed to disclose two prior remote arrests for which I was never convicted. The CBP's decision-making was arbitrary and capricious because:
- The Program's application only asked for disclosures of prior convictions and recent non-adjudicated arrests
- The CBP failed to considered that an attorney applying to the Program would read that application and truthfully disclose his one plea of nolo contrendere; and not disclose two prior remote arrests for which the attorney was never convicted
- The Agency
  o failed to provide me with a timely reason for its denial of my application
  o Employed a bait and switch strategy in evaluating my application (and those of other travelers with prior remote arrests but without convictions) in order to catch me (and similar travelers) in a Gotcha in order to deny me participation the Program
- The Agency review process of my application (and those of other travelers) frustrated Congress' intentions for the Program by
  o Limiting the number of travelers who can participate in the program
  o Failing to articulate and disseminate clear eligibility guidelines for the Program

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

(1) Order the CBP to approve my application so that I may participate in the Program
(2) Order the CBP to reimburse me for my filing fees and any other reasonable expense I incur
(3) In light of this decision, order the CBP to review all application to the Program for the last five years so as to re-adjudicate all application that were denied in whole or in part because the CPB improperly considered considered remote prior arrests for which the applicants were unlikely to have ever been convicted.
(4) Order the CBP that if it is going to consider a traveler's all prior arrests, that the Agency so state on the application form and in the eligibility criteria.
(5) Order the CBP to not harass me – e.g., by subjecting me to baseless secondary screen procedures at any airport – because I filed this lawsuit.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/26/20

Signature of Plaintiff
Printed Name of Plaintiff: Thomas R. McLean

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

        Street Address     _____
        State and Zip Code  _____
        Telephone Number   _____
        E-mail Address      _____