# Administrative Record

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Pete R. Acosta, declare:

1. Attached to this Certification is a copy of the official Administrative Record. These documents relate to:

   Subject: Thomas R. McLean's Global Entry Application, filed with the Agency on February 26, 2019.

2. The Administrative Record consists of:
   1. Thomas R. McLean's Global Entry Application;
   2. Risk Assessment Worksheet;
   3. Denial Letter for Thomas R. McLean's Global Entry Application, Dated September 30, 2019;
   4. Customs and Border Protection Supervisory Ombudsman's Review Letter and associated comments.

3. These records were prepared by personnel of the United States Department of Homeland Security, U.S Customs and Border Protection (CBP) in the ordinary course of business at or near the time, that the acts, conditions, or events described in the records occurred.

4. The Administrative Record also consists of the Integrated Automated Fingerprint Identification System ("IAFIS"). However, CBP is not authorized to disclose this document.

I, Pete R. Acosta certify that to the best of my knowledge, information, and belief, the attached documents contain the non-privileged documents considered by CBP, and these documents constitute the administrative record that CBP considered.

Date: June 12, 2020

*[signature]*

Pete R. Acosta
Director, CBP Trusted Traveler Programs

 **GLOBAL ENROLLMENT SYSTEM (GES)**

Welcome | Search | Reports | Administration
Text Only



Create > GES Application                     [Help] [Logout]

## Application Description                   Back to Request page

| | | | |
|---|---|---|---|
| **Application ID:** | ▉ | **AIS Program:** | Global Entry |
| **Request Type:** | Initial Enrollment | **Reason:** | |
| **Enrollment POE:** | | **Application Origin:** | GOES |

## Biographic

| | | | |
|---|---|---|---|
| **PASSID:** | | **GEC Number:** | |
| **First Name:** | THOMAS | | |
| **Middle Name:** | R | | |
| **Last Name:** | MCLEAN | **Birth Date:** | ▉ |
| **Maternal Name:** | | **Gender:** | ▉ |
| **Other Last Names:** | | **Height:** | ▉ |
| **Nick Names:** | | **Eye Color:** | ▉ |
| **Birth Country:** | UNITED STATES | **Hair Color:** | |
| **Birth State/Province:** | ▉ | **Language Preference:** | English |
| **Birth City:** | ▉ | **Employment Status:** | Employed |
| **Primary Citizenship:** | UNITED STATES | **Occupation:** | attorney |
| **Other Citizenship:** | | **Unemployment Date:** | |
| **Residence:** | NOT AVAILABLE | | |
| **Primary Residence:** | | **Permanent Residence:** | |
| **E-mail Address:** | ▉ | | |
| **Scars:** | | | |

## Address

**ResidentialAddress Effective Date:**   Mar 1997 -

| | | | |
|---|---|---|---|
| Street: | ▇ | | |
| City: | ▇ | State/Province: | ▇ |
| Country: | UNITED STATES | Postal Code: | ▇ |
| Colonia/Neighborhood: | | | |
| Cell Phone Number: | (N) ▇ | | |

## Employment

| | | | |
|---|---|---|---|
| Employment Status: | Employed | Occupation: | attorney |
| Name: | ▇ | | |
| Effective Date: | May 2016 - | | |
| Street: | ▇ | | |
| City: | ▇ | State/Province: | ▇ |
| Country: | UNITED STATES | Postal Code: | ▇ |
| Colonia/Neighborhood: | | Employment Description: | |
| Phone Number: | ▇ | Zone: | |

| | | | |
|---|---|---|---|
| Employment Status: | Employed | Occupation: | attorney |
| Name: | ▇ | | |
| Effective Date: | Jan 2014 - May 2016 | | |
| Street: | ▇ | | |
| City: | ▇ | State/Province: | ▇ |
| Country: | UNITED STATES | Postal Code: | ▇ |
| Colonia/Neighborhood: | | Employment Description: | |
| Phone Number: | | Zone: | |

## Document

| | | | |
|---|---|---|---|
| Type: | Passport | Document Number: | ▇ |
| Issue Date: | 30 Nov 2012 | Expiration Date: | 29 Nov 2022 |
| First Name: | THOMAS | Birth Date: | ▇ |
| Last Name: | MCLEAN | | |
| Maternal Name: | | | |
| Issue Country: | UNITED STATES | State/Province: | |
| Class of Admission: | | | |

| | | | |
|---|---|---|---|
| A Number: | | Registry Group: | |
| Proof of Admissibility: | Y | Proof of Citizenship: | Y |
| Proof of Residency: | N | Proof Country: | UNITED STATES |
| Enhanced Drivers License: | | Commercial Drivers License: | |
| Hazardous Materials: | | MRZ Certification: | |

| | | | |
|---|---|---|---|
| Type: | Driver's License | Document Number: | ▉ |
| Issue Date: | | Expiration Date: | ▉ |
| First Name: | THOMAS | Birth Date: | ▉ |
| Last Name: | MCLEAN | | |
| Maternal Name: | | | |
| Issue Country: | UNITED STATES | State/Province: | ▉ |
| Class of Admission: | | | |
| A Number: | | Registry Group: | |
| Proof of Admissibility: | N | Proof of Citizenship: | N |
| Proof of Residency: | N | Proof Country: | |
| Enhanced Drivers License: | N | Commercial Drivers License: | N |
| Hazardous Materials: | N | MRZ Certification: | |

**Conveyance**

---

**Question/Answer**

---

Have you ever been convicted of a criminal offense in the United States or any other country?

| | |
|---|---|
| Question Answer: | Yes |
| Remarks: | In 1996, during my divorce, I plead nolo contendre to a single count of Domestic Violence in ▉ Kansas. I was given 9 months of probation and anger management class. |
| Country: | UNITED STATES |

Have you ever received a waiver of inadmissibility to the U.S. from a U.S. government agency?

Case 2:20-cv-02145-JWB-JPO   Document 12-1   Filed 06/15/20   Page 6 of 13

Create > GES Application                                          Page 4 of 4

Question Answer: No
Remarks:
Country:

Have you ever been found in violation of customs laws?
Question Answer: No
Remarks:
Country:

Have you ever been found in violation of immigration laws?
Question Answer: No
Remarks:
Country:

**Travel History**

Countries visited in the last 5 years:

- AUSTRALIA
- CAMBODIA
- CHILE
- FRANCE
- GERMANY
- IRELAND
- PORTUGAL
- RUSSIAN FEDERATION
- SPAIN
- THAILAND
- KOREA - REPUBLIC OF (SOUTH KOREA)
- UNITED KINGDOM
- ZIMBABWE
- SOUTH AFRICA



# GLOBAL ENROLLMENT SYSTEM (GES)

Welcome | Search | Reports | Administration
Text Only



Help
Logout

**Raw List**

**Traveler Menu**
- Summary
- Request List
- Security Queries
- AIS Program Status
- Interdictions

**PASSID:** 154419712 **Name:** MCLEAN, THOMAS RICHARD   **DOB:** ▮

| RAW ID | AIS Program | Request Type | Application Id |
|---|---|---|---|
| 15116494 | Global Entry | Initial Enrollment | ▮ |

## Risk Assessment Worksheet

### Pass ID:154419712
**Program Type:** Global Entry | **Application ID:** ▮
**Application Type:** Initial Enrollment

## Person Data

**First Name:** THOMAS RICHARD   **Last Name:** MCLEAN   **DOB:** ▮
**Gender:** ▮
**Citizenship:** US   **Birth Country:** US

## Findings

### POSITIVE-RELEVANT MATCHES

▮ | THOMAS R | MCLEAN | ▮
Match to ▮. One(1) ▮ | 2019-05-07T00:00:00-04:00 conviction for "DUI OF ALCOHOL OR DRUGS" on 09/19/2010. Two(2) separate arrest/charges for "BATTERY" on 10/01/1996 & 10/26/1996 without severity/disposition. Applicant disclosed "PLEAD NOLO CONTENDRE TO A SINGLE COUNT OF DOMESTIC VIOLENCE". EC, review IAFIS results. ▮

▮.Due to unknown severity/disposition, request certified court documents to confirm date(s), severity and final disposition of any/all charges.Post results of court document review in

GES biographic comments.Apply strict standard policy to determine eligibility. Applicant does not appear to meet Strict Standards (Multiple convictions would be disqualifying)

## RISK ASSESSOR

**Risk Assessor Comments (Internal):**  One(1) conviction for "DUI OF ALCOHOL OR DRUGS" on 09/19/2010. Two(2) separate arrest/charges for "BATTERY" on 10/01/1996 & 10/26/1996 without severity/disposition. Applicant disclosed "PLEAD NOLO CONTENDRE TO A SINGLE COUNT OF DOMESTIC VIOLENCE". EC, review IAFIS results .Due to unknown severity/disposition, request certified court documents to confirm date(s), severity and final disposition of any/all charges.Post results of court document review in GES biographic comments.Apply strict standard policy to determine eligibility. Applicant does not appear to meet Strict Standards (Multiple convictions would be disqualifying) SIC travel disclosed (Portugal, Thailand, South Africa)
**Officer Recommendation:**
**Date Vetted:** 2019-05-09
**Vetting Officer:**

**Supporting Information (Internal):**

**Denial Reasons/Comments (Sent to Applicant):**

## Name Variants, Query Results & Questions

### APPLICANT NAME VARIANTS QUERIED (x3)

MCLEAN, THOMAS R
MCLEAN, THOMAS
MCLEAN, THOMAS RICHARD

### POTENTIAL MATCH FOUND                    MATCH TYPE

| 2019-05-07| THOMAS R | MCLEAN |
Match to                    . One(1) conviction for    Positive Relevant
"DUI OF ALCOHOL OR DRUGS" on 09/19/2010. Two(2) separate

arrest/charges for "BATTERY" on 10/01/1996 & 10/26/1996 without severity/disposition. Applicant disclosed "PLEAD NOLO CONTENDRE TO A SINGLE COUNT OF DOMESTIC VIOLENCE". EC, review IAFIS results. ▮

▮.Due to unknown severity/disposition, request certified court documents to confirm date(s), severity and final disposition of any/all charges.Post results of court document review in GES biographic comments.Apply strict standard policy to determine eligibility. Applicant does not appear to meet Strict Standards (Multiple convictions would be disqualifying)

## **<u>NO MATCH FOUND</u>**



| 2019-05-07| ▮
| 2019-05-07| ▮
| 2019-05-07| THOMAS R | MCLEAN |
| 2019-05-07| THOMAS | MCLEAN |
| 2019-05-07| THOMAS | MCLEAN |
| 2019-05-07| THOMAS R | MCLEAN |
| 2019-05-07| THOMAS | MCLEAN |
| 2019-05-07| THOMAS R | MCLEAN |
| 2019-05-07| THOMAS R | MCLEAN |
| 2019-05-07| THOMAS | MCLEAN |
| 2019-05-07| THOMAS | MCLEAN |
| 2019-05-07| THOMAS R | MCLEAN |
| 2019-05-07| THOMAS | MCLEAN |
| 2019-05-07| THOMAS R | MCLEAN |
| 2019-05-07| THOMAS R | MCLEAN |
| 2019-05-07| THOMAS | MCLEAN |
| 2019-05-07| THOMAS R | MCLEAN |
| 2019-05-07| THOMAS | MCLEAN |
| 2019-05-07| LEGAL LANGUAGE SERVICES
| 2019-05-07 | ▮ , ▮
| 2019-05-07 | ▮ , ,
| 2019-05-07 | ▮ ; ▮ , ,
| 2019-05-07| THOMAS | MCLEAN |
| 2019-05-07| THOMAS R | MCLEAN |



Sep 30, 2019

EoA-KANSAS CITY
90 Beirut Circle
Kansas City, MO 64131
US

THOMAS MCLEAN

US

RE: Your Global Entry Program Membership #

Dear THOMAS MCLEAN:

Thank you for your application to the Global Entry program of U.S. Customs and Border Protection (CBP).

Global Entry is a voluntary program available to travelers that pass a comprehensive background investigation. Applicants found to be ineligible for Global Entry participation may still be permitted to enter into the United States although they will not be permitted to use the Global Entry dedicated lanes.

We regret to inform you that your membership in Global Entry has been disapproved for the following reason(s):

You have been convicted and/or arrested for a criminal offense
    Application denied due to past criminality.

If you believe the decision was based upon **inaccurate or incomplete information**, you may be eligible to request reconsideration through the Trusted Traveler Program application website: https://ttp.dhs.gov/.

Reconsideration Requests and attachments to the Ombudsman should be in English and must include the following details:

1. Date of denial and denial reason(s) from this letter
2. Summary of information to further clarify a record or explain an incident or arrest;
3. Court disposition documentation in PDF format for all arrests or convictions, even if expunged; and/or
4. Other supporting documentation you feel may influence the Ombudsman's decision. Supported formats: PDF, DOCX, DOC, PNG, JPEG, and GIF.

The review by the Ombudsman will be based on the information provided by you and should include any information to further clarify a record, explain an incident or arrest, or show the disposition of criminal charges. Please remember that the following circumstances may make you ineligible for participation:

1. Providing false or incomplete information on the application;
2. Convictions for any criminal offense or pending criminal charges to include outstanding warrants;
3. Violations of any customs, immigration, or agriculture regulations or laws in any country;

4. Inadmissibility to the United States under immigration laws;
5. Receipt of a criminal pardon from any country; or
6. Other circumstances that indicate to CBP that you have not qualified as "low risk."

Sincerely,


Supervisor, Global Entry Enrollment Center
U.S. Customs and Border Protection

☒ Print

☒ Global Entry

Nov 4, 2019

THOMAS MCLEAN
███████████
███████████████
US


RE: Your Global Entry Program Membership #████████

Dear THOMAS MCLEAN:

Thank you for your interest in the Global Entry program of U.S. Customs and Border Protection (CBP).

A review of your membership by the CBP Ombudsman has been completed. Based on the information you provided, it has been determined that no change is warranted at this time. Please be mindful that being denied from participating in the Global Entry program does not prohibit you from being able to travel.

If you do not know why you were denied, then you will need to submit a request for personal records to the CBP/Freedom of Information Act (FOIA) Division, in accordance with federal privacy laws. For additional information about filing a FOIA request with CBP, please visit our website: http://www.cbp.gov/site-policy-notices/foia. Additional program information is available through the Trusted Traveler Program (TTP) application website: https://ttp.dhs.gov.


Sincerely,

Ombudsman
U.S. Customs and Border Protection

**GLOBAL ENROLLMENT SYSTEM (GES)**

Welcome | Search | Reports | Administration
Text Only

Homeland Security

ummary    Help   Logout

PASSID: ▮▮▮▮▮   Name: MCLEAN, THOMAS RICHARD   DOB: ▮▮▮▮▮

Review Biographic comments

| Show All | Biographic | Other ID | Address | Employment | Document | Conveyance | Request | RFID | Travel History | APEC |
| Comment | Attachment | CTTP Card | Parents Info | RAW |

### Comment

| USER ID | DATE | COMMENT TYPE | COMMENT |
|---|---|---|---|
| ▮▮▮▮ | 2019-11-04 | Biographic | OMBUDSMAN SUSTAIN: denial sustained for applicant who did not provide any background information or court documents stating the severity level and final disposition for his (2) Battery arrests in 1996 and his DUI in 2010. Applicant does not meet the eligibility requirements at this time. |